UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA L. BRILL, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>INVIVYD, INC., et al.,<br><br>       Defendants. | No. 1:23-cv-10254<br><br>CLASS ACTION<br><br>DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4866-8953-4554.v1

I, THEODORE M. HESS-MAHAN declare as follows:

1.      I am local counsel for lead plaintiff movants Robyn L. Fizz and Gerald L. Haas ("Fizz and Haas").  I submit this declaration in support of Fizz and Haas's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, published on *Business Wire* on January 31, 2023.

3.      Attached hereto as Exhibit B are the Certifications of Fizz and Haas stating that they are willing to serve as the representative parties on behalf of the class.

4.      Attached hereto as Exhibit C is a true and accurate copy of a loss chart presenting Fizz and Haas's estimated losses (prepared by counsel).

5.      Attached hereto as Exhibit D is a true and accurate copy of Fizz and Haas's Joint Declaration.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm résumés of Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2023.

s/ Theodore M. Hess-Mahan
THEODORE M. HESS-MAHAN

- 1 -

4866-8953-4554.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2023.

s/ Theodore M. Hess-Mahan
THEODORE M. HESS-MAHAN

- 2 -

4866-8953-4554.v1