# EXHIBIT A



Robbins Geller
Rudman & Dowd LLP

# IVVD INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Invivyd, Inc. f/k/a Adagio Therapeutics, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Case

January 31, 2023 02:24 PM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--**Robbins Geller Rudman & Dowd LLP** announces that it has filed a class action lawsuit seeking to represent purchasers of Invivyd, Inc. f/k/a Adagio Therapeutics, Inc. (NASDAQ: IVVD) common stock between November 29, 2021 and December 14, 2021, both dates inclusive (the "Class Period"). Captioned *Brill v. Invivyd, Inc.*, No. 23-cv-10254 (D. Mass.), the *Invivyd* class action lawsuit charges Invivyd and certain of its top executives with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff, please provide your information here:**

**https://www.rgrdlaw.com/cases-invivyd-inc-f-k-a-adagio-therapeutics-inc-class-action-lawsuit-ivvd.html**

**You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at jsanchez@rgrdlaw.com. Lead plaintiff motions for the *Invivyd* class action lawsuit must be filed with the court no later than April 3, 2023.**

**CASE ALLEGATIONS**: Invivyd formed in June 2020, during some of the worst days of the pandemic, to develop drugs for the treatment and prevention of COVID-19 and future coronavirus outbreaks. During the Class Period, Invivyd was focused on developing ADG20, an investigational monoclonal antibody treatment for COVID-19. In September 2022, Adagio announced that it was changing its corporate name to Invivyd.

But as the *Invivyd* class action lawsuit alleges, defendants throughout the Class Period failed to disclose that: (i) the published epitope mapping, structural studies, and sequence analyses which defendants had used to claim ADG20 was effective against the Omicron variant were insufficient, unreliable, and inadequate to make claims of effectiveness of ADG20 against Omicron; (ii) that defendants' claims regarding ADG20's efficacy against Omicron lacked a reasonable factual basis; and (iii) ADG20 was over 300 times less effective against the Omicron variant as compared to its effectiveness against previous variants.

On December 14, 2021, Invivyd issued a press release reporting *in vitro* results of ADG20 against the Omicron variant. In doing so, only a few weeks after assuring investors of the efficacy against Omicron, Invivyd announced that "[t]he *in vitro* data generated through both authentic and pseudovirus testing of the Omicron variant show a greater than 300-fold reduction in neutralizing activity of ADG20 against Omicron." In other words, Invivyd revealed that the data showed that ADG20 was 300 times less effective at neutralizing Omicron than it was against the other variants. Put simply, Invivyd admitted that the results showed that ADG20 did not work against Omicron. Invivyd's co-founder, Director, and CEO,

defendant Clinton L. Gerogross explained: "While the individual mutations present in Omicron were not associated with escape from ADG20 in the context of an original strain of the virus, new data show that the combination of mutations present in the Omicron spike protein led to a reduction in ADG20 neutralization that was not suggested by prior data." On this news, the price of Invivyd shares declined by nearly 80%, damaging investors.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Invivyd common stock during the Class Period to seek appointment as lead plaintiff in the *Invivyd* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Invivyd* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Invivyd* class action lawsuit. An investor's ability to share in any potential future recovery of the *Invivyd* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller is one of the world's leading complex class action firms representing plaintiffs in securities fraud cases. The Firm is ranked #1 on the most recent ISS Securities Class Action Services Top 50 Report for recovering nearly $2 billion for investors in 2021 – more than triple the amount recovered by any other plaintiffs' firm. With 200 lawyers in 9 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

## Contacts
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900, San Diego, CA 92101
J.C. Sanchez, 800-449-4900
jsanchez@rgrdlaw.com

## Social Media Profiles

RGRD Facebook

RGRD Twitter

RGRD LinkedIn