# EXHIBIT C

Movants' Purchases and Losses    Class Period: 11/29/2021 - 12/14/2021    Invivyd, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Robyn L. Fizz | 12/09/2021 | 300 | $39.50 | $11,850.00 | held | 300 | $7.06 | $2,116.92 | |
| | | **300** | | **$11,850.00** | | **300** | | **$2,116.92** | **($9,733.08)** |
| Gerald L. Haas | 11/30/2021 | 100 | $45.78 | $4,578.00 | held | 100 | $7.06 | $705.64 | |
| | | **100** | | **$4,578.00** | | **100** | | **$705.64** | **($3,872.36)** |
| **Movants' Total** | | **400** | | **$16,428.00** | | **400** | | **$2,822.56** | **($13,605.44)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $7.06 as of March 14, 2022 for common stock.

Price listed is rounded up to two decimal places.