# EXHIBIT D

## JOINT DECLARATION OF ROBYN L. FIZZ AND GERALD L. HAAS

Invivyd, Inc. f/k/a Adagio Therapeutics, Inc. investors Robyn L. Fizz and Gerald L. Haas declare as follows:

1. We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff. We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2. I, Robyn L. Fizz, suffered substantial losses as a result of my transaction in Invivyd common stock during the Class Period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Medford, Massachusetts and, before retiring, I worked as the news coordinator for the information technology department at the Massachusetts Institute of Technology. I have a bachelor's degree from Mount Holyoke College, and master's degrees from Girton College and Simmons College (now Simmons University). I have more than three decades of investing experience.

3. I, Gerald L. Haas, suffered substantial losses as a result of my transaction in Invivyd common stock during the Class Period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Moscow, Pennsylvania and, before retiring, I worked as an information technology professional for more than four decades. I have associate's degrees from Northampton Community College and a bachelor's degree from Moravian College.

4. In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff. Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class. We agree that jointly

4861-4090-6330.v1

seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

5.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class.  In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

6.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP in the prosecution of this action.

7.      Before filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

8.      We have each other's contact information and any of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of March, 2023.

DocuSigned by:

*Robyn Fizz*

A20D3A4082A0423

ROBYN L. FIZZ

4861-4090-6330.v1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  30  day of March, 2023.

GERALD L. HAAS

4861-4090-6330.v1