**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LAURA L. BRILL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INVIVYD, INC., TILLMAN U. GERNGROSS, and LAURA WALKER, <br><br> Defendants. | Case No. 1:23-cv-10254-LTS |

**MOTION OF DEBORAH BETZ FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Deborah Betz ("Betz") respectfully moves this Court for an order: (1) appointing Betz as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Betz's selection of Glancy Prongay & Murray LLP as Lead Counsel and Andrews DeValerio LLP as Liaison Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Betz seeks appointment as lead plaintiff and approval of her choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Daryl Andrews, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Local Rule 7.1(a)(2) requires that counsel certify that they have met and conferred to resolve or narrow the issue prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Betz does not yet know which other persons or entities will move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Betz respectfully requests that the conferral requirement of Local Rule 7.1(a)(2) be waived.

1

Respectfully submitted,

DATED: April 3, 2023

**ANDREWS DEVALERIO LLP**

By:  /s/ Daryl Andrews
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Tel: (617) 999-6473
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

*Liaison Counsel for Deborah Betz and Proposed
Liaison Counsel for the Class*

-and-

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Deborah Betz and Proposed Lead
Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of April 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Daryl Andrews*
Daryl Andrews
