## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

LAURA L. BRILL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

INVIVYD, INC., TILLMAN U. GERNGROSS, and LAURA WALKER,

Defendants.

Case No. 1:23-cv-10254-LTS

**DECLARATION OF DARYL ANDREWS IN SUPPORT OF THE MOTION OF DEBORAH BETZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

I, Daryl Andrews, hereby declare as follows:

1.      I am an attorney with the law firm Andrews DeValerio LLP, counsel for lead plaintiff movant Deborah Betz ("Betz") and proposed liaison counsel for the class in the above-captioned action. I make this declaration in support of Betz's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published January 31, 2023 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Betz's Signed PSLRA Certification;

Exhibit C:    Analysis of Betz's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of April, 2023.

/s/ Daryl Andrews
Daryl Andrews

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 3rd day of April 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Daryl Andrews*
Daryl Andrews