**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LAURA L. BRILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVIVYD, INC., TILLMAN U. GERNGROSS, and LAURA WALKER,<br><br>Defendants. | Case No. 1:23-cv-10254-LTS |

**NOTICE OF WITHDRAWAL OF THE MOTION OF DEBORAH BETZ FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Deborah Betz filed a timely motion for appointment as lead plaintiff, and approval of her selection of counsel. Dkt. No. 14. One similar motion was filed by other putative class members in this action. Dkt. No. 11.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motion and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Ms. Betz does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Ms. Betz hereby withdraws her motion.

By this withdrawal, Ms. Betz does not waive her rights to participate and recover as a class member in this litigation.

DATED: April 17, 2023                    **ANDREWS DEVALERIO LLP**

                                         By:   *s/ Daryl Andrews*
                                         Glen DeValerio (BBO #122010)
                                         Daryl Andrews (BBO #658523)
                                         P.O. Box 67101
                                         Chestnut Hill, MA 02467
                                         Tel: (617) 999-6473
                                         glen@andrewsdevalerio.com
                                         daryl@andrewsdevalerio.com

                                         *Liaison Counsel for Deborah Betz*

                                                -and-


                                         **GLANCY PRONGAY & MURRAY LLP**
                                         Robert V. Prongay
                                         Charles H. Linehan
                                         Pavithra Rajesh
                                         1925 Century Park East, Suite 2100
                                         Los Angeles, CA 90067
                                         Telephone: (310) 201-9150
                                         Facsimile: (310) 201-9160

                                         *Counsel for Deborah Betz*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of April 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Daryl Andrews*
Daryl Andrews
