UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Laura L. Brill et al** | ) ) ) |
| Plaintiff | ) ) |
| v. | ) No. 1:23-cv-10254-JEK |
| | ) ) |
| **Invivyd, Inc. et al** | ) ) |
| Defendant | ) |

### ORDER OF DISMISSAL

**KOBICK, D.J.**

In accordance with the Court's Memorandum & Order entered September 18, 2024, ECF 56, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

**SO ORDERED.**

Dated: September 18, 2024

/s/ Haley Currie

Deputy Clerk